FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LARRY DONALD SCHULTE and
MARY SCHULTE                                                                PLAINTIFFS

v.                              CASE NO. 2:17cv41-JLH

JAVIER VINA, and FE EXPRESS, LLC                                            DEFENDANTS

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Javier Vina and FE Express LLC, by and through counsel, Deacon Law Firm, P.A., for their Notice of Removal, state:

This case assigned to District Judge _____
and to Magistrate Judge _____

1.  Plaintiffs filed a Complaint for Damages in the Circuit Court of St. Francis County, Arkansas on November 8, 2016.

2.  Upon information and belief, Plaintiffs have not yet served Defendant Javier Vina. Upon information and belief, Defendant FE Express LLC has not yet been properly served. Counsel for Defendants received a copy of the Complaint for Damages on or about February 24, 2017.

3.  This Notice of Removal is being filed within 30 days of Defendant FE Express LLC's receipt of the Complaint for Damages and is therefore timely. 28 U.S.C. § 1446(b).

4.  Copies of the Summons and Complaint for Damages that Plaintiffs attempted to serve on Defendant FE Express LLC in the state court action are attached as Exhibit 1.

5.  A copy of the Answer of Javier Vina and FE Express, LLC filed in the state court action is attached as Exhibit 2.

6.  This action is properly removed to this Court, as this district and division embraces the place where the Complaint for Damages is pending. *See* 28 U.S.C. § 1441.

7. Upon information and belief, Plaintiffs Larry Donald Schulte and Mary Schulte are residents and citizens of the State of Virginia.

8. Defendant Javier Vina is a citizen of the State of Michigan.

9. FE Express LLC is a Michigan limited liability company with its principal place of business in Wyoming, Michigan.

10. FE Express was formed on April 5, 2011 as a limited liability company under the laws of Michigan. The principal office of FE Express LLC is located in Wyoming, Michigan.

11. FE Express LLC has only one member of the limited liability company: Fuad Ferhatovic. Fuad Ferhatovic is a resident and citizen of the State of Michigan.

12. According to the Complaint for Damages, all individual plaintiffs are citizens of Virginia. Defendant Javier Vina is a citizen of Michigan. FE Express LLC is deemed to be a citizen of Michigan. Accordingly, complete diversity exists among all the parties.

13. Defendants deny that Plaintiffs are entitled to relief. Nevertheless, Plaintiffs' Complaint for Damages asserts damages in an amount in excess of the minimum amount required for diversity jurisdiction in federal court.

14. This action is removable pursuant to 28 U.S.C. § 1441(a). It is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, in that there is complete diversity between all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Defendants Javier Vina and FE Express LLC remove the state court action from the Circuit Court of St. Francis County, Arkansas to this Court and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court.

Respectfully submitted,

DEACON LAW FIRM, P.A.
P.O. Box 1506
Fayetteville, AR 72702
(479) 582-5353 – phone
(479) 582-5454 – fax
jbdeacon@deaconlawfirm.com
lbaber@deaconlawfirm.com

By *(signature)*
J. Barrett Deacon (#2001201)

By *(signature)*
Lauren O. Baber (#2011195)

### Certificate of Service

I hereby certify that service of the above and foregoing was made by mailing a copy of same to:

John Houseal
EASLEY & HOUSEAL, PLLC
Post Office Box 1115
Forrest City, Arkansas 72335

on this 15th day of March, 2017.

*(signature)*
Lauren O. Baber

IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

LARRY DONALD SCHULTE and
MARY SCHULTE                                                                    Plaintiffs

V.                                              No. 62CV-2016-241.4
                                                JURY TRIAL DEMANDED
JAVIER VINA, and FE EXPRESS, LLC                Defendants

## SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:   Fuad Ferhatovic
                                      Registered Agent for FE Express LLC
                                      4224 Del Mar Drive SW
                                      Wyoming, Michigan 49417

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:   John I. Houseal, III
                                Easley & Houseal, PLLC
                                Post Office Box 1115
                                Forrest City, Arkansas 72336-1115

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

BETTE S. GREEN, CLERK OF COURT

Address of Clerk's Office
Post Office Box 1775
Forrest City, Arkansas 72336
Street add: 313 South Izard, Rm #8
Forrest City, Arkansas 72335
870-261-1724
Fax: 870-261-1723

_____ D.C.
[Signature of Clerk or Deputy Clerk]
Date: 2/1/2017

[SEAL]

EXHIBIT 1

<u>Case No. 62CV-2016-241-4</u>      This summons is for: <u>Fuad Ferhatovic</u>

## PROOF OF SERVICE

___ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____[date]; or

___ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

___ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with

_____ [name], a person at least 14 years of age who

Resides there, on _____[date]; or

___ I delivered the summons and complaint to _____[ name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____ [date]; or

___ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

___ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgement and received the attached notice and acknowledgement form within twenty days after the date of mailing.

___ Other[specify]:

___ I was unable to execute service because: _____
_____.

My fee is $ _____.

<u>Case No. 62CV-2016-241-4</u>      This summons is for: <u>Fuad Ferhatovic</u>

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____      SHERIFF OF _____ COUNTY, _____.

By: _____
   [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____      By: _____
                              [Signature of server]

_____/_____
[Printed name; and authorization number, if applicable]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

3

IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

| | |
|---|---|
| LARRY DONALD SCHULTE and MARY SCHULTE<br>  Plaintiffs, | )<br>)<br>)<br>) No. 62CV-2016-___<br>) <br>) JURY TRIAL DEMANDED |
| v. | |
| JAVIER VINA, and FE EXPRESS, LLC<br>  Defendants, | )<br>) |

### COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Larry Donald Schulte and Mary Schulte and for their Complaint against Javier Vina and FE Express LLC, states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiffs Larry Donald Schulte and Mary Schulte were adult residents of the State of Virginia at the time of the incident giving rise to this Complaint, and at all time relevant hereto.

2. Javier Vina is an adult resident citizen of Grand Rapids, Michigan. He may be served with process at his home address which is 6140 Woodfield Drive SE Apt 6., Grand Rapids, MI 49648.

3. FE Express LLC, is a limited liability company, incorporated in the State of Michigan. It may be served with process by serving its registered agent Fuad Ferhatovic at 4224 del Mar DR SW, Wyoming, Michigan 49418. FE Express LLC is an active motor freight carrier, doing business in multiple states, including the State of Arkansas.

**FILED**

NOV 0 8 2016

TIME _____ M
BETTE S GREEN CLERK
ST FRANCIS COUNTY

4. The events giving rise to this Complaint occurred in St. Francis County, Arkansas on I-40 on November 13, 2013. Jurisdiction and venue are proper in this Court.

## FACTS

5. The Plaintiffs were traveling west on I-40 the morning of November 13 at approximately 11:26 a.m. Plaintiff Larry Schulte was driving a Chevrolet Tahoe, and Mary Schulte was a passenger.

6. Defendant Vina was driving a 2010 International Tractor with trailer weighing in excess of 10,000 lbs. The tractor trailer was owned by Defendant FE Express LLC. It is believed that Javier Vina was operating the tractor trailer within the scope of his employment, or agency, as a commercial driver for Defendant FE Express LLC.

7. Defendant Vina was driving the tractor trailer westbound on I-40 and approached Schulte's vehicle from behind. Defendant Vina failed to slow down or avoid the Plaintiffs, and crashed into the rear right of Plaintiff Schultz's vehicle. The force of the collision caused the Plaintiffs' vehicle to strike a separate automobile located in front of the Plaintiffs. The Plaintiffs received injuries as a result of the collision and as described below.

8. Defendant Vina drove his tractor trailer in a dangerous, negligent manner in light of the circumstances existing prior to and at the time of the collision.

## CAUSES OF ACTION

9. The Defendant, Javier Vina, was guilty of the following acts of common law negligence, each one of which was a direct and proximate cause of the injuries received by the Plaintiffs:

(a) Driving too fast for the conditions and facts existing on the day, at the time and location of the accident;
(b) Failed to maintain a proper lookout;
(c) Failed to maintain proper control of his vehicle;
(d) Failed to proceed cautiously when the risk of proceeding under the conditions was known;
(e) Failing to act as a reasonable and prudent person under the circumstances existing; and
(f) Following too closely and failing to honor a vehicle having the right of way

10. Defendant, Javier Vina, is guilty of violating the following statutes of the state of Arkansas which were in full force and effect at the time of the accident, each one of which was passed to protect a class of persons including the Plaintiffs, said violations constituting negligence per se:

(a) Arkansas Code § 27-51-104 Careless and prohibited driving;
(b) Arkansas Code § 27-51-201 Limitations generally;
(c) Arkansas Code § 27-50-308(a). Reckless driving;
(d) Arkansas Code § 27-51-305 Following too closely;
(e) Arkansas Code § 27-51-306 Overtaking vehicle; and
(f) Arkansas Code § 27-51-403 Signaling.

11. Each one of the acts committed by Javier Vina of negligence *per se* was the proximate cause and cause in fact of the injuries and damages sustained by the Plaintiffs.

12. Each one of the above acts of common law negligence was the cause in fact and proximate cause of the injuries and damages suffered by the Plaintiffs.

3

13. At all times relevant to the actions complained of in this Complaint, Javier Vina was operating on behalf of FE Express LLC and was acting within the course and scope of his employment or agency. All acts of negligence attributable to Javier Vina shall be attributable to Defendant FE Express LLC.

## DAMAGES

14. The vehicle containing the Plaintiffs was forced into another vehicle due to the force of the collision. Plaintiff Larry Schulte's suffered physical injuries, including injury to his back, neck and head. As a direct and proximate result of each act of negligence and violation of Arkansas statute complained of above, Larry Schulte suffered damages as set forth below:

    A. Plaintiff Larry Schulte has suffered the following injuries and damages:

        (a) Physical pain and suffering, both past, present and future;
        (b) Emotional pain and suffering, both past, present and future;
        (c) Loss of the enjoyment of life;
        (d) Extensive medical expenses, both past and future;
        (e) Lost earnings and lost earning capacity; and
        (f) All other damages available to him under the law.

Plaintiff Mary Schulte's suffered physical injuries, including injury to her back and neck. As a direct and proximate result of each act of negligence and violation of Arkansas statute complained of above, Mary Schulte suffered damages as set forth below:

    A. Plaintiff Mary Schulte has suffered the following injuries and damages:

        (a) Physical pain and suffering, both past, present and future;
        (b) Emotional pain and suffering, both past, present and future;
        (c) Extensive medical expenses, both past and future;
        (d) Lost earnings and lost earning capacity; and
        (e) All other damages available to him under the law.

## VI. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray:

1. For process to issue, requiring these Defendants to answer;

2. For a jury to be impaneled to try the disputed issues of fact;

3. For a judgment for compensatory damages to compensate them for their injuries and damages in an amount to be determined by the jury in excess of that required for diversity jurisdiction in Federal Court; and

4. For any further and general relief to which the Plaintiff may be entitled.

PLAINTIFF DEMANDS A JURY TO TRY THE DISPUTED ISSUES OF FACT.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC

John Houseal, III (AR 03207)
Post Office Box 1115
Forrest City, Arkansas 72335
P: (870) 633-1447
F: (870) 633-1687
E-Mail: john@ehtriallawyers.com

IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANAS
CIVIL DIVISION

**LARRY DONALD SCHULTE** and
**MARY SCHULTE**                                                        **PLAINTIFFS**

v.                           CASE NO. 62CV-2016-241-4

**JAVIER VINA, and FE EXPRESS, LLC**                        **DEFENDANTS**

### ANSWER

Defendants Javier Vina and FE Express, LLC, by and through counsel, Deacon Law Firm, P.A. for their Answer to Plaintiffs' Complaint for Damages ("Complaint"), state as follows:

1. Defendants deny of the allegations contained in paragraph 1 of the Complaint for lack of sufficient information, knowledge, or belief.

2. Pleading in response to the allegations contained in paragraph 2 of the Complaint, Defendants admit that Javier Vina is an adult and was a resident of the State of Michigan at the time of the subject accident. Defendants deny the remaining allegations contained in paragraph 2.

3. Pleading in response to the allegations contained in paragraph 3 of the Complaint, Defendants admit that FE Express LLC is a limited liability company, incorporated in the State of Michigan. Defendants deny the remaining allegations contained in paragraph 3.

4. Pleading in response to the allegations contained in paragraph 4, Defendants admit that the accident that is the subject of the Complaint occurred in St. Francis County, Arkansas on Interstate 40 on November 13, 2013. Defendants deny the remaining allegations contained in paragraph 4.

5. Defendants deny the allegations contained in paragraph 5.

FILED
MAR 13 2017
TIME 8:00A M
BETTE S GREEN CLERK
ST FRANCIS COUNTY

EXHIBIT 2

6.  Pleading in response to the allegations contained in paragraph 6 of the Complaint, Defendants admit that Javier Vina was operating a tractor trailer on November 13, 2013. Defendants deny the remaining allegations contained in paragraph 6.

7.  Pleading in response to the allegations contained in paragraph 7 of the Complaint, Defendants admit that an accident occurred between the tractor trailer operated by Javier Vina and the Plaintiffs' vehicle on November 13, 2013 on Interstate 40. Defendants deny the remaining allegations contained in paragraph 7.

8.  Defendants deny all of the allegations contained in paragraph 8 of the Complaint.

9.  Defendants deny all of the allegations contained in paragraph 9 of the Complaint and each of the sub-paragraphs contained thereunder.

10. Defendants deny all of the allegations contained in paragraph 10 of the Complaint and each of the sub-paragraphs contained thereunder.

11. Defendants deny all of the allegations contained in paragraph 11 of the Complaint.

12. Defendants deny all of the allegations contained in paragraph 12 of the Complaint.

13. Defendants deny all of the allegations contained in paragraph 13 of the Complaint.

14. Defendants deny all of the allegations contained in paragraph 14 of the Complaint and each of the sub-paragraphs contained thereunder.

15. Defendants deny all of the allegations contained in the un-numbered paragraph located on page 4 of the Complaint and each of the sub-paragraphs contained thereunder.

479-582-5454        Deacon Law Firm                                                    15:43:29   03-10-2017           4/5

16. Defendants join in Plaintiffs' request for a trial by jury on all issues so triable, but deny all remaining allegations contained in the "Wherefore" clause of the Complaint and each of the sub-paragraphs contained thereunder.

17. Defendants deny all remaining allegations in the Complaint that have not been specifically admitted herein.

18. Defendants state that the Complaint against them should be dismissed under Arkansas Rule of Civil Procedure 12(b)(6) for failure to state facts upon which relief can be granted.

19. Defendants specifically reserve all other applicable defenses available under Arkansas Rule of Civil Procedure 12(b), including insufficiency of process and insufficiency of service of process.

20. Pleading without the benefit of discovery or a full investigation by counsel, Defendants plead the negligence of Plaintiffs in bar or diminution to their claims for damages.

21. Defendants affirmatively plead that damages incurred by the Plaintiffs, if any, were caused by the fault of other parties, persons, or entities, over whom Defendants had no control and for whom Defendants are not liable.

22. Defendants plead all other applicable affirmative defenses pursuant to Arkansas Rule of Civil Procedure 8(c), including without limitation, comparative fault, contributory negligence, statute of limitations, and failure to mitigate.

23. Defendants plead all relief afforded to them under the Civil Justice Reform Act of 2003 as codified at Ark. Code Ann. § 16-55-201 et seq.

24. Defendants reserve the right to file amended or supplemental pleadings herein.

WHEREFORE, Defendants Javier Vina and FE Express, LLC request that the Complaint for Damages be dismissed, for their costs, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

J. Barrett Deacon (2001201)
Lauren O. Baber (2011195)
DEACON LAW FIRM, P.A.
P.O. Box 1506
Fayetteville, AR 72702
(479) 582-5353 – phone
(479) 582-5454 – fax
jbdeacon@deaconlawfirm.com
lbaber@deaconlawfirm.com

By: *Lauren O. Baber*
Attorneys for Defendants

### Certificate of Service

I hereby certify that service of the above and foregoing was made by mailing a copy of same to:

John Houseal
EASLEY & HOUSEAL, PLLC
Post Office Box 1115
Forrest City, Arkansas 72335

on this 10th day of March, 2016.

*Lauren O. Baber*
Lauren O. Baber