# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

LARRY DONALD SCHULTE and  PLAINTIFFS
MARY SCHULTE

v.  NO. 2:17CV00041 JLH

JAVIER VINA; and FE EXPRESS, LLC  DEFENDANTS

## **ORDER**

The Court was notified on January 5, 2018, that the parties had reached a settlement of this matter. They were unable to submit a stipulation of dismissal because they were waiting to hear from Medicare as to whether or not liens would be asserted. The Court has recently received a report stating that the parties still have not heard from Medicare regarding possible lien amounts.

The Court directs the Clerk to terminate this action administratively. If further litigation is necessary or if the case needs to be re-opened in order to consummate the settlement, either party may file a motion to re-open this case within twelve months from the date that it is closed.

IT IS SO ORDERED this 30th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE